**SCINDIA STEAM NAVIGATION COM-PANY, Limited, Libellant,**

v.

**STANDARD OIL COMPANY (N. J.), Respondent.**

No. 78, Docket 23180.

United States Court of Appeals, Second Circuit.

Argued Jan. 4, 1955.

Decided Jan. 27, 1955.

Herbert P. Reid, New York City, for Scindia Steam Navigation Co., Ltd.

Raymond T. Greene, New York City, Kirlin Campbell & Keating, New York City, Ira A. Campbell and Stephen J. Buckley, New York City, of counsel, for Standard Oil Co. (N. J.) and The Marine Leader.

Before L. HAND and SWAN, Circuit Judges, and DIMOCK, District Judge.

PER CURIAM.

The decrees are affirmed on the opinion below, 121 F.Supp. 816, except that the court wishes it to be understood that it expresses no opinion as to whether the Scindia Steam Navigation Company, whose ship was anchored, may base its recovery, not only upon the speed of the Marine Leader but also upon that ship's violation of the Narrow Channel Rule, § 210, Title 33 U.S.C.A.

**INLAND WATERWAYS CORPORA-TION et al., Appellants,**

v.

**Milus E. DENNIE, a Seaman.**

No. 15213.

United States Court of Appeals, Eighth Circuit.

Dec. 17, 1954.

Harry Richards, U. S. Atty., and Robert E. Brauer, Asst. U. S. Atty., St. Louis, Mo., for appellants.

Douglas MacLeod, St. Louis, Mo., for appellee.

PER CURIAM.

Appeal from District Court dismissed, on stipulation of parties.